The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1.  Howard Allen Groffel
    v. Commonwealth of Virginia
    Record No. 0485-18-2
    Opinion rendered by Chief Judge Decker on
    August 20, 2019

2.  Ronnie Leon Bryant
    v. Commonwealth of Virginia
    Record No. 1907-17-4
    Opinion rendered by Judge Humphreys on
    September 10, 2019

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. Robert McKinley Blankenship
   v. Commonwealth of Virginia
   Record No. 1366-17-3
   Opinion rendered by Judge O'Brien
   on February 5, 2019
   Refused (190299)

2. James Wesley Amonett, Jr.
   v. Commonwealth of Virginia
   Record No. 1613-17-4
   Opinion rendered by Judge Humphreys
   on February 19, 2019
   Refused (190363)

3. Jeffrey Dean Bondi
   v. Commonwealth of Virginia
   Record No. 1676-17-1
   Opinion rendered by Judge O'Brien
   on March 26, 2019
   Refused (190583)

4. Eric William Wandemberg
   v. Commonwealth of Virginia
   Record No. 0137-18-2
   Opinion rendered by Judge Humphreys
   on April 2, 2019
   Refused (190552)

The Supreme Court issued opinions in the following cases, which had been appealed from this Court:

1. Latoya Denise Jefferson
   v. Commonwealth of Virginia
   Record No. 0638-17-3
   Memorandum opinion rendered by Judge Malveaux on March 20, 2018
   (Delayed appeal awarded by the Supreme Court on August 14, 2018)
   Judgment of Court of Appeal affirming convictions affirmed; remanded to
     this Court for remand to trial court for determination of amount of restitution
     by opinion rendered on October 24, 2019
   (181114)

2. James David Everett, II
   v. Kathryn Jean Tawes
   Record No. 1838-17-1
   Memorandum opinion rendered by Retired Judge Bumgardner on July 10, 2018
   Judgment of Court of Appeal reversed and matter remanded to trial court for
     consideration of the motion to reconsider pendente lite spousal support by
     opinion rendered on October 31, 2019
   (181238)

3. Noah Salim Burnham
   v. Commonwealth of Virginia
   Record No. 2018-17-2
   CAV petition for appeal denied by Judge O'Brien on July 25, 2018
   Judgment of Court of Appeals affirmed in part and reversed in part and remanded
     to trial court for entry of a new probation violation order regarding the
     misdemeanor conviction by opinion rendered on October 31, 2019
   (181096)